FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 13 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-18-08369-PCT-JJT (ESW) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 1153 and 1111 (CIR - First Degree Murder) Count 1 |
| Leon Lee Jones, | |
| Defendant. | 18 U.S.C. §§ 1153 and 113(a)(3) (CIR - Assault with a Dangerous Weapon) Count 3 |
| | 18 U.S.C. § 924(c) (Discharging Firearm in a Crime of Violence) Counts 2 and 4 |
| | 18 U.S.C. §§ 922(k) and 924(a)(1)(B) (Possession of Firearm with Obliterated Serial Number) Count 5 |
| | 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. § 853, and 28 U.S.C. § 2461(c) (Forfeiture Allegation) |

THE GRAND JURY CHARGES:

At all times material to this indictment, within the District of Arizona and elsewhere:

**COUNT ONE**

On or about July 11, 2018, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, defendant LEON LEE JONES, an

Indian, did with premeditation and malice aforethought, unlawfully kill A.C.

In violation of Title 18, United States Code, Sections 1153 and 1111.

## COUNT TWO

On or about July 11, 2018, in the District of Arizona, defendant LEON LEE JONES, did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence, and did knowingly possess, brandish, and discharge a firearm in furtherance of a crime of violence, that is First Degree Murder, as alleged in Count One, a felony crime prosecutable in a Court of the United States.

In violation of Title 18, United States Code, Section 924(c).

## COUNT THREE

On or about July 11, 2018, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, defendant LEON LEE JONES, an Indian, did intentionally and knowingly assault the victim, A.C., with a dangerous weapon, that is, a firearm, with the intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

## COUNT FOUR

On or about July 11, 2018, in the District of Arizona, defendant LEON LEE JONES, did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence, and did knowingly possess, brandish, and discharge a firearm in furtherance of a crime of violence, that is Assault with a Dangerous Weapon, as alleged in Count Three, a felony crime prosecutable in a Court of the United States.

In violation of Title 18, United States Code, Section 924(c).

## COUNT FIVE

Between on or about May 11, 2018, and July 11, 2018, in the District of Arizona, the defendant, LEON LEE JONES, knowingly possessed a firearm, that is a Black Marlin .22 Model XT-22 Rifle, that had been shipped and transported in interstate and foreign commerce, from which the manufacturer's and importer's serial number had been

removed, altered, and obliterated.

In violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

### FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts One through Five of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18 United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts One through Five of this Indictment, the defendant(s) shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to the following involved and used in the offense:

- Black Marlin .22 Model XT-22 Rifle, with a removed, altered, and obliterated serial number;
- Black Savage .223 bolt action rifle, model Axis .223, Serial No. K098544; and
- All ammunition seized by law enforcement from Defendant's residence and person between on or about July 11, 2018, and July 13, 2018.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date: November 13, 2018

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

/S/
WILLIAM G. VOIT
Assistant U.S. Attorney

- 4 -